488 A.2d 1106

COMMONWEALTH of Pennsylvania

v.

Glenn WHITING, Petitioner.

Supreme Court of Pennsylvania.

March 4, 1985.

Petition for Allowance of Appeal GRANTED.